UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 OCT -9 AM 10: 02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | ) | Magistrate Case No.: '07 MJ 2392 |
| v. | ) | COMPLAINT FOR VIOLATION OF |
| **Fernando OROZCO-Uranga** Defendant. | ) | Title 8, U.S.C., Section 1326 Attempted Entry After Deportation (Felony) |

The undersigned complainant being duly sworn states:

On or about October 7, 2007, within the Southern District of California, defendant **Fernando OROZCO-Uranga,** an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the San Ysidro Port of Entry, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, U.S. Customs and Border Protection ~~Enforcement~~ Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9th DAY OF **OCTOBER 2007.**

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Alonso G. Loperena, declare under penalty of perjury the following to be true and correct:

On October 7, 2007 at approximately 10:40 AM, **Fernando OROZCO-Uranga (Defendant)** made application for admission to the United States from Mexico at the San Ysidro Port of Entry Pedestrian lanes. Upon inspection before a U.S. Customs and Border Protection (CBP) Officer, Defendant claimed to be a United States citizen. Defendant did not present any document or identification for entry. Defendant was referred to Secondary Inspection.

In, Secondary Inspection, Defendant was queried by fingerprint and photograph through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS) which confirmed Defendant's identity. IAFIS response linked Defendant to a record maintained by the Federal Bureau of Investigation (FBI). Further queries using the Central Index System (CIS) and the Deportable Alien Control System (DACS) confirmed Defendant to be a citizen of Mexico with no legal documents or entitlements to enter the United States. Defendant was last deported by an Immigration Judge from the United States to Mexico on 07/25/2005. CBP records indicate no evidence that Defendant has applied for, nor received permission from the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security to legally re-enter the United States.

EXECUTED ON THIS **7th** DAY OF **October 2007** AT **1830**.

Alonso Loperena

Alonso G. Loperena / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of **(1)** page(s), I find probable cause to believe that the defendant named therein committed the offense on **October 7, 2007** in violation of Title 8, United States Code, Section 1326.

MAGISTRATE JUDGE

10/8/07 - 135 Pm

DATE / TIME