7

AO 455(Rev. 5/85) Waiver of Indictment

FILED
NOV 1 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

FERNANDO ORZOCO-URANGA

## WAIVER OF INDICTMENT

CASE NUMBER: 07CR3043-LAB

I, FERNANDO ORZOCO-URANGA, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/13/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Fernando Orzoco
Defendant

[signature]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER