# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
FERNANDO OROZCO-URANGA )

CASE NUMBER 07CR3043-LAB

ABSTRACT OF ORDER

Booking No. 12604097

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 12/13/07

the Court entered the following order:

X Defendant be released from custody. (AS TO THIS CASE ONLY)

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release, and released from custody.

___ Defendant released on $______ bond posted.

___ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and ( ___ bond) ( ___ bond on appeal) exonerated.

___ Defendant sentenced to TIME SERVED, supervised release for ___ years.

___ c.c. judgment Court of Appeals ( ___ affirming) ( ___ reversing) decision of this Court: ___ dismissing appeal filed.

___ Bench Warrant Recalled.

___ Defendant forfeited collateral.

X Case Dismissed.

___ Defendant to be released to Pretrial Services for electronic monitoring.

X Other. CHARGES PENDING IN 07CR3348-LAB

LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

OR

Received ______
DUSM

W. SAMUEL HAMRICK, JR. Clerk
by J. Jacabek
Deputy Clerk
J. JACABEK

2007 DEC 13 A 11:25

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY